**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-2215**

———————

CLIFTON ANDERSON; RICHARD STOERKEL,

             Plaintiffs - Appellants,

      v.

CITY OF CAMDEN, South Carolina; MIKE STONE, Lieutenant;
KERSHAW COUNTY; PEGGY SPIVEY; BOBBIE BULLINGTON,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Joseph F. Anderson, Jr., District
Judge.  (3:10-cv-02547-JFA)

———————

Submitted:  March 13, 2012          Decided:  March 23, 2012

———————

Before AGEE, KEENAN, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Clifton Anderson; Richard Stoerkel, Appellants Pro Se.   David
Leon Morrison, MORRISON LAW FIRM, LLC, Columbia, South Carolina;
James M. Davis, Jr., DAVIDSON & LINDEMANN, PA, Columbia, South
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifton Anderson and Richard Stoerkel filed suit against Defendants pursuant to 42 U.S.C. § 1983 (2006). The district court awarded Defendants summary judgment, and Anderson and Stoerkel now appeal.

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Anderson v. City of Camden</u>, No. 3:10-cv-02547-JFA (D.S.C. Oct. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>